1  MARGARET M. STANISH, ESQUIRE
   WRIGHT STANISH & WINCKLER
2  300 S. Fourth Street
   Suite 701
3  Las Vegas, NV 89101
   Telephone: (702) 382-4004
4  Facsimile: (702) 382-4800
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-00365-JCM-RJ |
| Plaintiff, ) | |
| vs. ) | |
| KEVIN MCAULIFFE, ) | |
| Defendant. ) | |

**UNOPPOSED MOTION AND ORDER TO RETURN PASSPORT**

Defendant KEVIN MCAULIFFE by his counsel, Margaret M. Stanish, Wright Stanish & Winckler, moves this Court to order Pretrial Services to return his passport to Margaret M. Stanish. Defendant MCAULIFFE self-surrendered to FCI La Tuna, Texas, on April 13, 2012. Defendant MCAULIFFE concurs in this request. The United States was made aware of this motion and does not oppose it.

DATED: April 19, 2012.

WRIGHT STANISH & WINCKLER


By_____/s/_____
   MARGARET M. STANISH, ESQUIRE
   300 S. Fourth Street
   Suite 701
   Las Vegas, NV 89101
   Counsel for DEFENDANT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of April, 2012, I caused a copy of the foregoing UNOPPOSED MOTION AND ORDER TO RETURN PASSPORT to be served via electronic filing or facsimile or placed in the United States mail, postage prepaid, to the following persons at their last known address as listed below:

Cristina Brown
Assistant United States Attorney
300 Las Vegas Boulevard
Suite 5000
Las Vegas, NV 89101

BY     Debra K. Caroselli /s/
               An employee of Wright Stanish & Winckler

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

IT IS HEREBY ORDERED that Pretrial Services will return the passport of KEVIN MCAULLIFE to Defendant's attorney Margaret M. Stanish, Wright Stanish & Winckler.

Dated: April 20, 2012.

_____
United States District Court Judge

3